# Court of Appeals
## Tenth Appellate District of Texas

10-26-00314-CR

In re Willie Otis Harris

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus, filed by Willie Otis Harris, is

DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: August 13, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Denied
Do Not Publish
OT06

